# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK GRANT

NO. 2023 KW 0681

AUGUST 28, 2023

---

In Re:    Roderick Grant a.k.a. Roderic Grant, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-08-0097.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for supervisory writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Relator failed to include a copy of the district court's ruling on the Motion for Postconviction DNA Testing, the State's response (if any), the indictment, and any other documents from the district court record that would assist with addressing relator's claim that the district court erred by denying his request for postconviction DNA testing. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on the issue presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT